IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 14-CR-323-04

BRAHEEM EDWARS
a/k/a "Broddie"

## ORDER

AND NOW, this ___ day of October, 2018, upon consideration of the Government's Motion to Dismiss Counts 193 and 235 of the Indictment, it is hereby

**ORDERED**

that Counts 193 and 235 of the Indictment at Criminal Number 14-323-04 as to defendant Braheem Edwards are dismissed without prejudice.

BY THE COURT:

_____
HONORABLE GERALD A. McHUGH
*Judge, United States District Court*