IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL ACTION** |
| : | No. 14-323-4 |
| **BRAHEEM EDWARDS** : | |
| USM 71676-066 : | |
| : | |

## **ORDER**

This 23rd day of March, 2021, upon considering Defendant's Motion for Compassionate Release (ECF 1221) and Government Response (ECF 1252) it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF 1221) is **GRANTED**;

2. Defendant's term of imprisonment is reduced to time served;

3. To ensure the defendant's safety and to comply with public health guidelines, the Court directs the defendant be placed immediately in a 14-day quarantine at USP Leavenworth, unless, in the BOP's determination, this is not necessary because he has already been effectively quarantined, or is not practical given the resources of the facility. If the defendant has already been effectively quarantined at USP Leavenworth, or such a quarantine is not practical at this time, the defendant shall be ordered to self-quarantine for 14 days at the residence approved by the Probation Office.

4. Defendant shall serve his six-year period of supervised release. All conditions of supervised release outlined in the October 4, 2018 judgment of sentence remain in full force and effect (ECF 1044).

5.      Defendant must report to the probation office in Philadelphia, Pennsylvania, unless jurisdiction is transferred to the probation office in Wilmington, Delaware. The Defendant must report within 72 hours of his release from the Bureau of Prisons. If Defendant is quarantining at this time, he may be granted, by the Probation Office, an extension of his deadline for reporting until 72 hours after he has completed his fourteen-day quarantine.

6.      The Probation Office shall notify the Court if the release plan cannot be implemented by the time that the Bureau of Prisons is prepared to release the defendant pursuant to this Order.

    /s/ Gerald Austin McHugh
United States District Judge