IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 14-323-4 |
| | : | CIVIL ACTION NO. 20-2754 |
| BRAHEEM EDWARDS | : | |

## ORDER

This 15th day of April, 2021, it is hereby **ORDERED** that Defendant's Motion to Vacate under 28 U.S.C. § 2255 is **DENIED**. The Court declines to issue a certificate of appealability, as Defendant has not "made a substantial showing of the denial of a constitutional right." 28 U.S.G. § 2253(c)(2).

/s/ Gerald Austin McHugh
United States District Judge

1